MIMA WATKINS, Also Called Mrs. CLAY WATKINS, Individually and as Administratrix, etc., of CLAY WATKINS, Deceased, Respondent, against THE IMPORTERS

AND EXPORTERS INSURANCE COMPANY, Appellant, and GENERAL SCHUYLER FIRE INSURANCE COMPANY, Defendant.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.